THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** : | |
| : | |
| Plaintiff, : | |
| v. : | 3:17-CV-2357 |
| : | (JUDGE MARIANI) |
| **ANTONELLO BOLDRINI,** : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, THIS _11th_ DAY OF SEPTEMBER, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for Remand (Doc. 7) is **GRANTED**.

3. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County, PA.

---

[1] Although the Court granted Defendant an extension of time to file Objections to the R&R (Doc. 31), a review of the docket reveals that Defendant never filed any Objections to the R&R. Regardless, the Court has reviewed all relevant filings in this action and finds that the Magistrate Judge was correct in his determination.

4. The Clerk of Court is directed to **CLOSE** the action.[2]

_____
Robert D. Mariani
United States District Judge

---

[2] Because this Court finds that this action was improperly removed to federal court and must be remanded to state court, we decline to address Defendant's recent motions entitled "Motion for Dismissal of Complaint and State Case" (Doc. 78) and "Emergency Motion to Set Aside State Court Scheduling Order on this Case" (Doc. 79). Any issues raised in those motions are for resolution by the state court.