THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FEDERAL NATIONAL MORTGAGE : 
ASSOCIATION, : 
                                                    : 
                                                    : 
                    Plaintiff,             : 
        v.                                        :          3:17-CV-2357
                                                    :          (JUDGE MARIANI)
ANTONELLO BOLDRINI,         : 
                                                    : 
                    Defendant.          : 

### ORDER

AND NOW, THIS _12th_ DAY OF SEPTEMBER, 2019, for the reasons set forth

in this Court's accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendant

Boldrini's "Motion for Relief from Orders [ ] Pursuant to FRCP Rule 60" (Doc. 88) is

**DENIED**.


Robert D. Mariani
United States District Judge