THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:17-CV-2357 |
| | : (JUDGE MARIANI) |
| ANTONELLO BOLDRINI, | : |
| Defendant. | : |

FILED
SCRANTON
MAR 04 2021
PER_____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 4th DAY OF March 2021, pursuant to the Court's Order of December 9, 2019, enjoining Defendant from filing any further documents in the above-captioned action without leave of Court (Doc. 104) and upon review of Defendant's submission received by this Court on February 4, 2021, (postmarked January 25, 2021), "Motion to Leave the Court to File Appeal and In Forma Pauperis and Notice of Appeal & Motion Form Pauperis to the United States Court of Appeals for the Third Circuit Re Orders Docs. 122; & 123; & 124; & 125; & 126; & 127, dated 01/31/2021," **IT IS HEREBY ORDERED THAT**:

1. Defendant's "Motion to Leave the Court to File Appeal and In Forma Pauperis and Notice of Appeal & Motion Form Pauperis to the United States Court of Appeals for the Third Circuit Re Orders Docs. 122; & 123; & 124; & 125; & 126; & 127, dated

01/31/2021," shall be docketed as a Notice of Appeal received by this Court on February 4, 2021, regarding the District Court's identified Orders;

2. IFP matters addressed in the filing must be filed in the United States Court of Appeals for the Third Circuit in the first instance.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge